## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **MATTHEW BEAL**<br>**Plaintiff** | ) )<br>) | **CIVIL ACTION NO.** |
| **v.** | )<br>) | |
| **ASSOCIATED CREDIT SERVICES, INC.**<br>**Defendant** | )<br>)<br>) | **JULY 21, 2009** |

### COMPLAINT

### I. INTRODUCTION

1.  This is a suit brought by a consumer who has been harassed and abused by Defendant collection agency. This action is for violations of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

### II. PARTIES

2.  The plaintiff, Matthew Beal, is a natural person residing in New Britain, Connecticut and is a consumer as defined by the Fair Debt Collection Practices Act ("FDCPA") 15 U.S.C. §1692a(3).

3.  The defendant, Associated Credit Services, Inc. ("ACS"), is a Massachusetts corporation headquartered in that state and is licensed by the Connecticut Department of Banking as a Consumer Collection Agency and is a debt collector as defined by FDCPA § 1692a(6).

## III.  JURISDICTION

4.  Jurisdiction in this Court is proper pursuant to 15 U.S.C. § 1692k(d), 28

U.S.C. §§ 1331, and 1337, and Fed. R. Civ. P. 18(a).

5.  This Court has jurisdiction over ACS, because it engages in debt collection

within Connecticut.

6.  Venue in this Court is proper, because the Plaintiff is a resident and the acts

complained of occurred in this state.

## IV.  FACTUAL ALLEGATIONS

7.  ACS contacted Plaintiff in an attempt to collect a debt claimed by an

automobile finance company in connection with an automobile loan.

8.  Plaintiff disputes that he is liable for the automobile loan.

9.  During this call, ACS's representative threatened to garnish Plaintiff's wages if

he did not agree to make a voluntary payment.

## V.  CLAIMS FOR RELIEF
### CAUSE OF ACTION
**Violations of Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 et seq.**

10. ACS violated the FDCPA by threatening to take actions that it was not

authorized or permitted to undertake, were not provided for by law, or which it did not

intend to undertake.

11. For ACS's violations of the Fair Debt Collection Practices Act as described

above, the Plaintiff is entitled to recover her actual damages (including emotional

distress), statutory damages of $1,000.00, and reasonable attorney's fees, pursuant to

15 U.S.C. § 1692k.

WHEREFORE, the Plaintiff seeks recovery of monetary damages pursuant to 15

U.S.C. § 1692k; statutory damages pursuant to 15 U.S.C. § 1692k; attorney's fees and

costs pursuant to 15 U.S.C. § 1692k; and such other relief as this Court deems

appropriate.

PLAINTIFF, MATTHEW BEAL

By:

Daniel S. Blinn, Fed Bar No. ct02188
dblinn@consumerlawgroup.com
Consumer Law Group, LLC
35 Cold Spring Rd., Suite 512
Rocky Hill, CT  06067
Tel. (860) 571-0408; Fax. (860) 571-7457